■ Marie Morabito, Appellant, v St. Peter's Church, Respondent. — Appeal from an order of the Supreme Court, Westchester County (McMahon, J.), entered February 17, 1982, dismissed, without costs or disbursements. (See *Matter of Aho,* 39 NY2d 241, 248.) Judgment of the same court, dated March 5, 1982, affirmed, without costs or disbursements. No opinion. Mangano, J. P., Bracken, Brown and Boyers, JJ., concur.